3907. PERRY *v.* INDEPENDENT DAUGHTERS OF BETHEL.

RUSSELL, J. 1. An assignment of error upon a ruling of the trial judge admitting documentary evidence can not be considered by a reviewing court when the evidence is not set forth in connection with the assignment of error in such a way as to enable the court to pass upon the questions sought to be raised.

2. The evidence demanded the verdict.         *Judgment affirmed.*

DECIDED SEPTEMBER 24, 1912.

Complaint; from city court of Atlanta—Judge Reid. October 2, 1911.

*A. C. Corbett,* for plaintiff in error. *Shepard Bryan,* contra.